**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **RaeSheena Adams**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5213**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of Illinois** | | Date case filed for chapter  **7**   **9/8/18** |
| Case number:   **18–90897** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | RaeSheena Adams | |
| 2. | **All other names used in the last 8 years** | aka Sheena Adams | |
| 3. | **Address** | 172 S. Oakdale Avenue<br>Kankakee, IL 60901 | |
| 4. | **Debtor's attorney**<br>Name and address | Drew C Parsons<br>Drew Parsons, Attorney–at–Law<br>One Dearborn Square, Suite 300<br>Kankakee, IL 60901 | Contact phone 779–240–1350<br>Email: drew.charles.parsons@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Roger L Prillaman<br>220 West Main Street<br>Urbana, IL 61801 | Contact phone 217–384–1300<br>Email: trusteeprillaman@aol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 203 U.S. Courthouse<br>201 S. Vine Street<br>Urbana, IL 61802<br><br>Visit www.ilcb.uscourts.gov for this court's mandatory electronic filing policy. | Hours open 8:00 am – 5:00 pm<br><br>Contact phone 217–974–7330<br><br>Date: 9/10/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 16, 2018 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **LOCATION:**<br><br>**Kankakee County Health Department, 2390 W. Station Street, Conference Room, Kankakee, IL 60901** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/15/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Central District of Illinois

In re:                                                                    Case No. 18-90897-mpg
RaeSheena Adams                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0753-2           User: ephi              Page 1 of 1              Date Rcvd: Sep 10, 2018
                               Form ID: 309A           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
```
db            +RaeSheena Adams,    172 S. Oakdale Avenue,    Kankakee, IL 60901-6112
6953672       +Mainland Credit Management,    2365 Northside Dr., Ste. 300,    San Diego, CA 92108-2709
6953673        Nicor Gas Company,    PO Box 5407,    Carol Stream, IL 60197-5407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: drew.charles.parsons@gmail.com Sep 10 2018 19:41:04      Drew C Parsons,
                Drew Parsons, Attorney-at-Law,    One Dearborn Square, Suite 300,    Kankakee, IL  60901
tr            +EDI: FRLPRILLAMAN.COM Sep 10 2018 23:38:00      Roger L Prillaman,    220 West Main Street,
                Urbana, IL 61801-2622
ust           +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov Sep 10 2018 19:41:15      U.S. Trustee,
                Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,    Peoria, IL 61602-1241
6953668       +E-mail/Text: cashnotices@gmail.com Sep 10 2018 19:41:29      Americash Loans,
                2400 E. Devon Ave., Ste. 300,    Des Plaines, IL 60018-4600
6953669       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Sep 10 2018 19:41:29      ComEd,
                PO Box 805379,    Chicago, IL 60680-4179
6953670       +EDI: DISCOVER.COM Sep 10 2018 23:38:00      Discover Card,    PO Box 6103,
                Carol Stream, IL 60197-6103
6953671       +EDI: DCI.COM Sep 10 2018 23:39:00      Diversified Consultants,    10550 Deerwood Park Blvd #309,
                Jacksonville, FL 32256-2805
6953674       +E-mail/Text: opportunitynotices@gmail.com Sep 10 2018 19:41:27      OPP Loans,
                130 E. Randolph St., Ste. 3400,    Chicago, IL 60601-6379
6953666       +EDI: AGFINANCE.COM Sep 10 2018 23:38:00      One Main Financial,    1010 N. 5th Ave.,
                Kankakee, IL 60901-2012
6953675       +EDI: RMCB.COM Sep 10 2018 23:38:00      Retrieval Masters Creditors Bureau,
                4 Westchester Plaza, Ste. 10,    Elmford, NY 10523-1612
6953676        EDI: BLUECHIP.COM Sep 10 2018 23:38:00      Spotloan,    PO Box 720,    Belcourt, ND 58316
6953667       +EDI: DRIV.COM Sep 10 2018 23:38:00      Santander Consumer USA,    PO Box 560284,
                Dallas, TX 75356-0284
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6953665        Creditor Matrix  RaeSheena Adams
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2018 at the address(es) listed below:
```
              Drew C Parsons    on behalf of Debtor RaeSheena  Adams drew.charles.parsons@gmail.com
              Roger L Prillaman    trusteeprillaman@aol.com,
               lori.prillamanandmoore@gmail.com;rlp@trustesolutions.net
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```